# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 49

In the Matter of the Application for
Disciplinary Action Against David R.
Spencer, a person admitted to the Bar of
the State of North Dakota

----------

Disciplinary Board of the Supreme Court
of the State of North Dakota,                                    Petitioner

v.

David R. Spencer,                                                Respondent

## No. 20240339

Application for disciplinary action.

SUSPENSION ORDERED.

Per Curiam.

[¶1] The Supreme Court has before it a report from a hearing panel of the disciplinary board recommending David R. Spencer's probation be revoked and suspended from the practice of law in North Dakota for six months and one day. We adopt the hearing panel's findings and recommended sanctions and order him suspended.

[¶2] Spencer was admitted to practice law in North Dakota on September 26, 2014. Effective February 12, 2024, Spencer was suspended for 30 days with conditions, and placed on probation for a two-year period. *Disciplinary Bd. v. Spencer*, 2024 ND 28, 3 N.W.3d 122. *See also, Disciplinary Bd. v. Spencer*, 2024 ND 225.

[¶3] After Spencer's initial suspension, Disciplinary Counsel moved for an order to show cause based on Spencer's alleged failure to comply with the conditions imposed in February 2024. The matter was remanded to a panel of the disciplinary board. The panel issued findings of fact, conclusions of law and recommendations, and concluded Spencer failed to comply with the conditions imposed on February 12, 2024. The hearing panel's report was forwarded to the Supreme Court and the hearing panel's recommendations were adopted. Spencer was suspended from the practice of law for 30 days, effective December 12, 2024. *Disciplinary Bd. v. Spencer*, 2024 ND 225.

[¶4] On October 29, 2024, Disciplinary Counsel moved to revoke Spencer's probation for failure to comply with the terms of probation and to impose further discipline. Disciplinary Counsel alleged Spencer failed to submit quarterly self-monitoring reports regarding his efforts to comply with the terms of his probation; failed to participate in a monitoring program administered by RecoveryTrek; failed to participate and comply with the Lawyers Assistance Program (LAP) recommendations; and four separate district courts, in separate judicial districts, determined Spencer did not provide adequate representation which negatively affected his clients. Spencer did not respond to Disciplinary Counsel's motion. The motion was referred to a hearing panel, which

1

recommended Spencer be suspended from the practice of law in North Dakota for six months and one day.

[¶5] On December 5, 2024, the hearing panel's report was served on the Clerk of the Supreme Court and Disciplinary Counsel, and forwarded to the Supreme Court. Objections were due within 20 days of service of the report. No objections were received, and the matter was submitted to the Court for consideration.

[¶6] IT IS ORDERED that the findings of fact, conclusions of law, and recommendations by the hearing panel are adopted.

[¶7] IT IS FURTHER ORDERED that David R. Spencer's probation is revoked.

[¶8] IT IS FURTHER ORDERED that David R. Spencer is SUSPENDED from the practice of law for six (6) months and one (1) day, effective February 27, 2025.

[¶9] IT IS FURTHER ORDERED that Spencer comply with N.D.R. Lawyer Discipl. 6.3 regarding notice.

[¶10] IT IS FURTHER ORDERED that reinstatement is governed by N.D.R. Lawyer Discipl. 4.5(B).

[¶11] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr